# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
### Fort Worth DIVISION

HONORABLE: Terry R. Means PRESIDING
COURT REPORTER/TAPE: Debbie Saenz
DEPUTY CLERK: Michelle Moon
USPO: Jodie Kinney
LAW CLERK: ___
INTERPRETER: Yovana Gonzalez (on standby)

CR. No. 4:22-CR-174-Y     DEFT. No. (1)

UNITED STATES OF AMERICA                         Shawn Smith, AUSA

v.

JESUS IBARRA-ALVAREZ                             Dimitri Dube, (R)
Defendant's Name                                 Counsel for Deft.  Appt-(A), Retd-(R), FPD-(F)

## SENTENCING

Date Held: 11-7-23
Hearing Type: ☐ Sentencing Hearing - Contested  ☒ Sentencing Hearing - Non-Evidentiary
Time in Court: 24 mins.
Trial Status: ☐ Completed by Jury Verdict  ☐ Continued from Previous Month  ☐ Directed Verdict  ☐ Evidence Entered
☐ Hung Jury  ☐ Jury Selection Only, continued  ☐ Jury Selection or Verdict Only (No Trial Before this Judge)
☐ Mistrial  ☒ Settled/Guilty Plea  ☐ None
Days in Trial: ___
Hearing Concluded: ☒ Yes  ☐ No

☒ Sentencing held.  ☐ Objections to PSI heard.  ☒ Plea agreement accepted.  ☐ Plea agreement NOT accepted.
☐ Sentencing Guidelines  ☐ Departs Upward  ☐ Departs Downward

### SENTENCING TEXT:

☐ .. Deft. placed on: Probation for ___.
☒ .. Deft. committed to custody of the AG/BOP to be imprisoned for a TOTAL term of 180 months.
☒ .. Deft. placed on: Supervised Released for 4 years.
☐ .. Restitution ordered in the amount of $___ and/or Fine imposed in the amount of $___.
☒ .. Count(s) 1 of indictment dismissed on government's motion.
☐ .. Order dismissing original Indictment/Information to be entered upon government's written motion.
☒ .. $ 100.00 special assessment on Count(s) 1s of  ☐ Complaint  ☐ Indictment  ☐ Information  ☐ Superseding Indictment  ☒ Superseding Information.

☐ ....... Deft ordered to surrender to the designated institution on ___.
☐ ....... Deft failed to appear, bench warrant to issue.
☐ ....... Bond  ☐ continued  ☐ revoked
☒ ....... Deft Advised of his right to appeal.
☐ ....... Deft requests Clerk to enter notice of Appeal.
☐ ....... Deft Custody/Detention continued.
☒ ....... Deft REMANDED to custody.  Court recommends incarceration at *see below.

**FILED**
**November 7, 2023**
KAREN MITCHELL
CLERK, U.S. DISTRICT COURT

OTHER PROCEEDINGS/INFORMATION: *The Court recommends that the defendant be incarcerated at a facility within the Northern District of Texas, if possible, and that he be enrolled in the Institution Residential Drug Abuse Treatment Program, if eligible.